UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CATERPILLAR FINANCIAL SERVICE CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| RANDY T. GARRETT | ) | No. 5:11-CV-190-BR |
| Defendant. | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff shall have and recover of defendant the sum of $1,006,191.51, with interest thereon at the rate of .25% per annum accruing from 13 January 2011 until the date of entry of this judgment and at the rate of .19% per annum in accordance with 28 U.S.C. § 1961 from the date of the entry of judgment until paid.

**This judgment filed and entered on July 12, 2011, and served on:**

Erica Thomas Meyers (via CM/ECF Notice of Electronic Filing)
Camden R. Webb (via CM/ECF Notice of Electronic Filing)

July 12, 2011      /s/ Dennis P. Iavarone,
                    Clerk of Court